Mark Windsor
Law Office of Mark Windsor
65 North Raymond Avenue, Suite 320
Pasadena, CA 91103

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-CR-612-ODW |
| v. | |
| MARK HANDEL | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged: **(List Documents)**

Motion to Compel Specific Discovery
Exhibits to Motion
Ex Parte Application to File Under Seal
Proposed Order File Under Seal

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 25, 2021                           Mark Windsor
Date                                        Attorney Name
                                            Mark Handel
                                            Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING