MARK WINDSOR (SBN 190589)
Law Office of Mark Windsor
65 N. Raymond Ave., Ste. 320
Pasadena, California 91103
Telephone: (626) 792-6700
Email: mark@windsorlaw.us

Attorney for Defendant
MARK HANDEL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-CR-612-ODW-1 |
| Plaintiff, | *EX PARTE* APPLICATION FOR ORDER PERMITTING FILING OF OVERSIZED BRIEF |
| v. | |
| MARK HANDEL, | Hearing Date: January 24, 2022<br>Time: 10:00 a.m.<br>Department: 5D |
| Defendant. | |

TO THE HONORABLE OTIS D. WRIGHT, II, UNITED STATES DISTRICT COURT JUDGE, AND THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA AND/OR HIS AUTHORIZED REPRESENTATIVES:

Defendant Mark Handel, by and through his attorney of record, Mark Windsor, hereby applies *ex parte* to this Court to permit Defendant to file oversized Memoranda of Points and Authorities in support of Defendant's Motion to Compel Specific Discovery.

Defendant's Memoranda of Points and Authorities in support of his Motion to Compel Specific Discovery is 29 pages, which is over the 25-page limit specified in the Court's standing order.  While the Defense has endeavored to make its arguments as

efficiently and succinctly as possible, it submits that these extra pages are needed to accurately address multiple legal issues and adequately describe an extensive, complex factual background.

Accordingly, Defendant requests that the Court permit him to file oversized Memoranda of Points and Authorities in support of his Motion to Compel Specific Discovery.

DATED: November 25, 2021            Respectfully submitted,

                                    _____/s/_____
                                    MARK WINDSOR
                                    Attorney for Defendant

**DECLARATION OF MARK WINDSOR**

I, Mark Windsor, declare as follows:

1. I am an attorney admitted to practice in the Central District of California, and I represent defendant Mark Handel in the above-entitled action.

2. I request leave to file Defendant's oversized Motion to Compel Specific Discovery, which is 29 pages long and over the Court's 25-page limit.

3. The Defense has endeavored to make its arguments as efficiently and succinctly as possible, but it submits that these extra pages are necessary to address all the legal issues that form the basis of its Motion and adequately describe an extensive factual background.

4. I have contacted the government regarding their position on the oversized brief application. I have not yet received a response from them.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 25th day of November, 2021 at Los Angeles, California.

                                      Respectfully submitted,

                                          /s/
                                  MARK WINDSOR
                                  Attorney for Defendant